RECEIVED

JUN 1 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JERAMIE BROWN, et ux | CIVIL ACTION NO. 04-1486 |
| VERSUS | JUDGE DOHERTY |
| SEAMAR MANAGEMENT, L.L.C., et al | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING

Pending before this Court is a Motion for Summary Judgment [Doc. 26] filed on behalf of defendant, Unocal - Union Oil Company of California, Inc., who argues it is entitled to summary judgment in its favor on all issues "based on the undisputed facts that the condition that allegedly caused plaintiff's damages was not owned, maintained, operated, or in any way under the responsibility of plaintiff owner, Unocal." (See Memorandum in Support of Motion for Summary Judgement, p. 6.)[1] The motion is unopposed by all parties. Because there is no factual dispute that mover, the platform owner, had any responsibility for the condition which allegedly caused plaintiff's damages, the Motion for Summary Judgment, appearing to be well-founded in law and fact, and being unopposed by any party, will be GRANTED. All claims against Unocal - Union Oil

---

[1] Plaintiff was injured after he transferred from Unocal's platform to the *M/V Cape Cook* by swing rope and caught his heel in broken grating on the vessel. For further elaboration of the underlying facts in this case, see the Court's previous Ruling [Doc. 24], issued January 26, 2006.

Company of California, Inc. will be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___16___ day of

_____, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

6-16-06
cdb
via fax: Bass
Russell III
Schwartz -
R. Theunissen

2