RECEIVED
OCT 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
NOV 1 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JERAMIE BROWN, ET AL.** | * | **CIVIL NO. 04-1486** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **SEA MAR MANAGEMENT, LLC, ET AL.** | * | **MAGISTRATE JUDGE HILL** |

### ORDER

Considering the Report and Recommendation on Sea Mar's Request for Attorney's Fees and Expenses, and noting the absence of any objections,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Sea Mar Management, LLC is awarded the sum of $36,213.50 in contractual attorney's fees and $4,103.73 in expenses.

Lafayette, Louisiana this 15 day of November, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE