
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/14/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JERAMIE BROWN, et ux | CIVIL ACTION NO. 04-1486 |
| VERSUS | JUDGE DOHERTY |
| SEA MAR MANAGEMENT, L.L.C., et al | MAGISTRATE JUDGE HILL |

## **ORDER**

Pending before the Court is third party defendant, Offshore Oil Services, Inc.'s ("OOS") "Ex-Parte Motion for Entry of Final Judgment" [Doc. 70], wherein OOS moves this Court for an order of final judgment on the Court's Rulings regarding the contractual defense and indemnity issues by and between OOS and third party plaintiff, Sea Mar Management, LLC ("Sea Mar"), and the Court's Ruling awarding Sea Mar $36,213.50 in attorney's fees and $4,103.73 in expenses.[1] [Doc. 49, 59, 68 and 69].

While the Court is aware of the Fifth Circuit's policy of avoiding piece-meal appeals, in the instant matter the Court finds there is no just reason for delay, as all issues have been determined, the underlying claim has been settled, and third party litigants, Sea Mar and OOS, desire appellate review of the above-referenced Rulings.

IT IS THEREFORE ORDERED, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that the Judgment Orders of this Court referenced above are Final Judgments in this action as to Sea Mar Management, LLC and Offshore Oil Services, Inc., and this Court DIRECTS

---

[1] In its memorandum in support of its motion, OOS certifies that counsel for Sea Mar consents to the ExParte filing of its motion in order to have such a final judgment entered by this Court.

entry of Judgment to allow appeal of its Orders listed above.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ____14____ day of ____December____, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE